IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILTON EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF OMAHA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion. On June 21, 2011, the Court entered a memorandum and order allowing plaintiff to amend his complaint in order to clearly state a claim upon which relief may be granted against defendant (Filing No. 7). Plaintiff filed an amended complaint on July 1, 2011 (Filing No. 8). After reviewing the amended complaint, the Court finds that plaintiff has complied with its June 21, 2011, memorandum and order and that service on defendant is now warranted.

IT IS ORDERED:

1. To obtain service of process on defendant, plaintiff must complete and return the summons form which the clerk of the court will provide. The clerk of the court shall send ONE (1) summons form and ONE (1) USM-285 form to plaintiff together with a copy of this memorandum and order. Plaintiff shall, as soon as possible, complete the forms and send the

completed forms back to the clerk of the court.  In the absence of the forms, service of process cannot occur.

2.   Upon receipt of the completed forms, the clerk of the court will sign the summons form, to be forwarded with a copy of the amended complaint to the U.S. Marshal for service of process.  The Marshal shall serve the summons and amended complaint without payment of costs or fees.  Service may be by certified mail pursuant to Fed. R. Civ. P. 4 and Nebraska law in the discretion of the Marshal.  The clerk of the court will copy the amended complaint, and plaintiff does not need to do so.

3.   Fed. R. Civ. Pro. 4 requires service of the complaint on a defendant within 120 days of filing the complaint.  However, plaintiff is granted, on the Court's own motion, an extension of time until 120 days from the date of this order to complete service of process.

4.   Plaintiff is hereby notified that failure to obtain service of process on a defendant within 120 days of the date of this order may result in dismissal of this matter without further notice as to such defendant.  A defendant has twenty (20) days after receipt of the summons to answer or otherwise respond to a complaint.

5.   The clerk of court is directed to set a pro se case management deadline in this case with the following text: "December 15, 2011:  Check for completion of service of summons."

  6. The parties are bound by the Federal Rules of Civil Procedure and by the Local Rules of this Court. Plaintiff shall keep the court informed of his current address at all times while this case is pending. Failure to do so may result in dismissal.

  DATED this 22nd day of August, 2011.

       BY THE COURT:

       /s/ Lyle E. Strom
       _____
       LYLE E. STROM, Senior Judge
       United States District Court

---

 * This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.