IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILTON EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF OMAHA, | ) | MEMORANDUM AND ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on its own motion. Plaintiff filed this matter on April 4, 2011 (Filing No. 1). After initial review of the Complaint and amendment, the Court ordered that summons be issued (Filing No. 9). The clerk of the court sent a summons form and a USM-285 form to plaintiff on August 22, 2011. (*Id.*) However, plaintiff has not returned the forms, and has not completed service of process on defendant. Indeed, plaintiff has taken no action in this matter since he filed his Amended Complaint on July 1, 2011. (*See* Docket Sheet.)

IT IS ORDERED:

1. Plaintiff shall have until February 17, 2012, to show cause why this case should not be dismissed. If plaintiff does not respond, or if good cause is not shown, this action will be dismissed without prejudice and without further notice.

2. The clerk of the court is directed to set a pro se case management deadline with the following text: February 17,

2012: deadline for plaintiff to show cause why service of process was not completed.

DATED this 19th day of January, 2012.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

-2-