IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MILTON EVANS, | ) | |
| | ) | |
| Plaintiff, | ) | 8:11CV124 |
| | ) | |
| v. | ) | |
| | ) | |
| FIRST NATIONAL BANK OF OMAHA, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

This matter is before the Court on its own motion.
Plaintiff filed this matter on April 4, 2011 (Filing No. 1).
After initial review of the complaint and amendment, the Court
ordered that summons be issued (Filing No. 9).  The clerk of the
court sent a summons form and a USM-285 form to plaintiff on
August 22, 2011.  (*Id.*)  However, plaintiff has not returned the
forms and has not completed service of process on defendant.
Indeed, plaintiff has taken no action in this matter since he
filed his amended complaint on July 1, 2011.  (*See* Docket Sheet.)

On January 19, 2012, the Court entered a Memorandum and
Order directing plaintiff to show cause why this case should not
be dismissed for failure to complete service of process (Filing
No. 10).  In that Memorandum and Order, the Court warned
plaintiff that failure to do so by February 17, 2012, would
result in dismissal of this matter "without prejudice and without
further notice."  (*Id.*)  Plaintiff did not respond to the Court's

January 19, 2012, Memorandum and Order.  A separate order will be filed dismissing this action without prejudice.

DATED this 28th day of February, 2012.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court

-2-